**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01356-CV

### OLGA LESYA SYTNIANSKA ZEDRICK, Appellant

### V.

### STANISLAV BILDER, Appellee

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-04816-2017**

## ORDER

Before the Court is appellant's March 22, 2019 motion to extend time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant March 22, 2019 filed as of the date of this order.

Appellee's motion to dismiss the appeal remains pending. We **SUSPEND** the deadline for appellee's brief on the merits pending resolution of the motion to dismiss.

/s/    KEN MOLBERG
              JUSTICE